07/09/12

**The Marston Agency, Inc.**
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

FILED Amended

## RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Cynthia Anderson | **Court:** | United States District Court |
| **Defendant:** | Anthony Reginald Didonato | **Case:** | 1:12CV643   2012 JUL 13 P 1: 44 |
| **Serve:** | Anthony Reginald Didonato t/a Rapid Recovery Credit & Collections 6900 Winners Circle Fairfax Station, VA 22039 | **Return Date:** **Time:** | CLERK US DISTRICT COURT ALEXANDRIA, VIRGINIA |
| **Contact:** | Nathan D. Baney, Esq. 510 Kings Street Ste. 301 Alexandria, VA 22314 | **Phone:** | 703-684-2000 |

**Type(s) of Writ(s)**                                                         paper:1449147

Summons in a Civil Action       Verified Complaint

Witness/Defendant Anthony Reginald Didonato was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
(X) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
( ) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, Stephen M. Shipp _____ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

**Served Date:** 06/25/12                                       **Served Time:** 09:13 AM

_____
Signature of Process Server
                                    Notary

**State of:** Virginia                                  **County/City of:** ~~Henrico, Norfolk,~~ Prince William.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this ___ day of ~~Jul/~~Aug 20 12___

                                    Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 273776 | 1 Day Rush: No | 2 Day Rush: No | | |
|---|---|---|---|---|---|---|
| **Attempts** | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | 06/20/12 | | | | | |
| Time: | 08:53 AM | | | | | |
| Server: | | | | | | |

**REMARKS** - Previous attempt no one at home,



Karen R. Sindlinger Shipp, Notary Public, Reg # 7392593, My Commission Expires 12/31/2015, Commonwealth of Virginia