**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| Cynthia Anderson, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. <u>1:12-cv-643-TSE-TRJ</u> |
| v. | ) |
| | ) |
| Anthony Reginald Didonato, et al. | ) |
| | ) |
| Defendants. | ) |

_____

**<u>CERTIFICATE OF MAILING</u>**

Under the penalty of perjury, I attest that on June 25th, 2012, a copy of the Complaint and Summons was mailed, via first class mail, to:

> Anthony Reginald Didonato
> t/a Rapid Recovery Credit & Collections
> 6900 Winners Circle
> Fairfax Station, VA 22039

> Respectfully,

> <u>/s/ Nathan D. Baney, Esq., VSB: 75935</u>
> Redmon, Peyton & Braswell LLP
> 510 King St., Suite 301
> Alexandria, Virginia  22314
> T:  703-684-2000
> F:  703-684-5109
> nbaney@rpb-law.com
> Counsel for Plaintiff