IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CYNTHIA ANDERSON, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>ANTHONY REGINALD DIDONATO, )<br>t/a RAPID RECOVERY CREDIT & )<br>COLLECTIONS, et al., )<br>      Defendants. ) | Civil Action No. 1:12cv 643 |

## JUDGMENT ORDER

Upon consideration of the November 19, 2012 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the November 19, 2012 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against defendant Anthony Reginald Didonato, t/a Rapid Recovery Credit & Collections, in the total amount of $14,534.35.

The Clerk is **DIRECTED** to enter judgment in accordance with this Order, pursuant to Rule 58, Fed. R. Civ. P.

The Clerk is further **DIRECTED** to send a copy of this Order to defendants, the Magistrate Judge and all counsel of record.

Alexandria, VA
December 14, 2012

/s/
_____
T. S. Ellis, III
United States District Judge