UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| CYNTHIA ANDERSON ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:12-cv-00643-TSE-TRJ |
| ) | |
| ANTHONY REGINALD DIDONATO ) | |
| t/a RAPID RECOVERY CREDIT & ) | |
| COLLECTIONS ) | |
| ) | |
| Defendant. ) | |

**<u>CYNTHIA ANDERSON'S NOTICE OF SATISFACTION OF JUDGMENT</u>**

The Plaintiff, Cynthia Anderson, by counsel, acknowledges satisfaction in full of the Judgment against Defendant Anthony Reginald Didonato entered on December 14, 2012.

The Clerk of Court is hereby authorized and requested to enter a full satisfaction of judgment of record.

                                                   Cynthia Anderson
                                                   By Counsel

By: _____/s/_____
Nathan D. Baney (VSB # 75935)
Surovell, Isaacs, Petersen, & Levy PLC
4010 University Dr., 2nd Floor
Fairfax, Virginia  22030
Direct:  703-277-9768
nbaney@siplfirm.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 30th day of May, 2013, a copy of the foregoing was mailed, first class, postage prepaid to the following:

Anthony Reginald Didonato
Rapid Recovery Credit & Collections
P.O. Box 267
Occoquan, Virginia  22125

_____/s/_____
Nathan D. Baney